UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSE L. MORMAN | CIVIL ACTION |
| VERSUS | NO. 12-339 |
| TWENTY-SECOND JUDICIAL DISTRICT COURT, ST. TAMMANY, ET AL. | SECTION "H"(1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this 13th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE